## CITY OF KOKOMO *v.* CULP ET AL.

[No. 13,815.   Filed January 16, 1930.]

*J. L. Overson* and *Overson & Manning,* for appellant.

*Joseph C. Herron,* for appellees.

NICHOLS, J.—Affirmed, on authority of *Adams* v. *Shamrock Oil Co.* (1926), 84 Ind. App. 169, 150 N. E. 398, and *Baker* v. *Stehle* (1918), 187 Ind. 468, 119 N. E. 4.

## McCANN ET AL. *v.* PLANER ET AL.

[No. 13,347.   Filed October 22, 1929.   Rehearing denied January 28, 1930.]

*Fred Barnett, D. P. Sevald* and *D. E. Kelly,* for appellants.

*Glenn D. Peters, Jerry Sullivan, George B. Sheerer, Guy C. White, John F. Cody, Bomberger, Peters & Morthland, Crumpacker & Friedrich, Ibach, Gavit, Stinson & Gavit, McAleer, Dorsey, Gillett & Clark, Tinkham & Galvin* and *McMahon & Conroy,* for appellees.

PER CURIAM.—Judgment affirmed.

## HOVER *v.* HOVER.

[No. 13,707.   Filed November 1, 1929.   Rehearing denied January 29, 1930.]

*Asa Leckrone,* for appellant.

*John A. Sloane* and *Everett E. Rasor,* for appellee.

PER CURIAM.—Affirmed.